# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, THOMAS WAGNER AND THOMAS F. WAGNER, INC. | : No. 283 EAL 2014<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>:<br>:<br>: |
| v. | : |
| TITEFLEX CORPORATION | :<br>:<br>:<br>: |
| PETITION OF: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**. The Application Pursuant [to] Pennsylvania Rule of Appellate Procedure 2051(a) Respecting Supplemental Authorities is **GRANTED.**